```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>    vs.<br><br>Commercial Investors of Davis,<br><br>         Defendants | Case No. **2:11-cv-02746-TLN-KJN**<br><br>**SECOND STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiff, Scott N. Johnson, and Defendant, Commercial Investors of Davis, by and through their respective attorneys of record (Scott N. Johnson; Michael D. Welch) hereby stipulate to an extension of time until October 15, 2013 to file dispositional documents for the above entitled action. The Defendants are in the process of reviewing a settlement agreement and require longer than the 30 day period.

SECOND STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

Dated: September 20, 2013          Disabled Access Prevents Injury, Inc.

/s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

Dated: September 20, 2013          Michael Welch & Associates

/s/Michael D. Welch

Michael D. Welch,

Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than October 15, 2013.

Dated: September 23, 2013

Troy L. Nunley
United States District Judge

SECOND STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS