SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02746-TLN-KJN** |
| Plaintiff, | **SECOND STIPULATION AND ORDER FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| vs. | |
| Commercial Investors of Davis, | |
| Defendants | |

Plaintiff, Scott N. Johnson, and Defendant, Commercial Investors of Davis, by and through their respective attorneys of record (Scott N. Johnson; Michael D. Welch) hereby stipulate to an extension of time until October 15, 2013 to file dispositional documents for the above entitled action. The Defendants are in the process of reviewing a settlement agreement and require longer than the 30 day period.

1   Dated:   September 20, 2013              Disabled Access Prevents

2                                           Injury, Inc.

3

4                                           /s/Scott N. Johnson

5                                           Scott N. Johnson,

6                                           Attorney for Plaintiff

7

8

9   Dated: September 20, 2013              Michael Welch &

10                                          Associates

11

12                                          /s/Michael D. Welch

13

14                                          Michael D. Welch,

15                                          Attorney for Defendants

16

17                              **ORDER**

18

19      IT  IS  HEREBY  ORDERED  THAT  the  parties  shall  file

20   dispositional documents no later than October 15, 2013.

21

22   Dated: September 23, 2013

23

24

25                                          _____

26                                          Troy L. Nunley
                                            United States District Judge
27

28